People v Fernandez
2026 NY Slip Op 03610
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
LUIS FERNANDEZ, DEFENDANT-APPELLANT.

Decided on June 5, 2026
MOTION NO. (446/23) KA 20-00259.
Present: Curran, J.P., Bannister, Montour, Ogden, And Delconte, JJ. (Filed June 5, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.